# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

FOR: United States District Court-California Eastern
AT: Fresno
LOCATION NUMBER: 1

**IN THE CASE OF**
United States v. Abby Lynn Hunter Ormonde

**PERSON REPRESENTED** *(Show your full name)*
Abby Lynn Hunter Ormonde

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

**DOCKET NUMBERS**
Magistrate Judge: 23-mj-73
District Court:
Court of Appeals:

**CHARGE/OFFENSE** *(Describe if applicable & check box→)*  ☑ Felony  ☐ Misdemeanor
supervised release violation

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
Do you have a job? ☐ Yes ☑ No
IF YES, how much do you earn per month? n/a
Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ 0 | |
| Car/Truck/Vehicle | $ 0 | |
| Boat | $ 0 | |
| Stocks/bonds | $ 0 | |
| Other property | $ 0 | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ 5

### OBLIGATIONS, EXPENSES, & DEBTS

How many people do you financially support? 1

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 0 | $ |
| Groceries | $ 0 | $ food stamps |
| Medical expenses | $ 0 | $ |
| Utilities | $ 0 | $ |
| Credit cards | $ 0 | $ |
| Car/Truck/Vehicle | $ 50 gas - mom's car | $ |
| Childcare | $ 0 | $ |
| Child support | $ 0 | $ |
| Insurance | $ 0 | $ |
| Loans | $ 0 | $ |
| Fines | $ 0 | $ 3000 tax bill |
| Other | $ 100 cell phone | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*
SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)

Date: 6/29/2023